UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., <br><br> Plaintiff, <br><br> - vs - <br><br> SHARKDOGS, LLC, et al., <br><br> Defendants. | CASE NO.: 3:22-cv-00382-KC |

## AGREED FINAL JUDGMENT

Having been informed that Plaintiff, JOE HAND PROMOTIONS, INC. ("Plaintiff") and Defendants, SHARKDOGS, LLC, d/b/a SHARKDOGS and d/b/a SHARKDOGS SPORTS GRILL, TOMMY A. NAJAR, and DUSTAN NAJAR (collectively, "Defendants") wish to enter into an Agreed Final Judgment in this case, the Plaintiff and Defendants herein agree to the entry of a final judgment in this case, as follows:

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1. That final judgment is hereby entered in favor of Plaintiff, JOE HAND PROMOTIONS, INC. and against Defendants, SHARKDOGS, LLC, d/b/a SHARKDOGS and d/b/a SHARKDOGS SPORTS GRILL, TOMMY A. NAJAR, and DUSTAN NAJAR; and

2. That Plaintiff hereby recovers statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II) from Defendants, jointly and severally, in the amount of $10,000.00; and

1

Exhibit A

3.  That Plaintiff hereby recovers additional damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii) from Defendants, jointly and severally, in the amount of $10,000.00; and

4.  The Court hereby awards to Plaintiff and against Defendants, jointly and severally, post-judgment interest on the amounts awarded herein at an annual rate of per 21 U.S.C. 1961 from the date of a final judgment in this case until paid.

5.  This judgment is a final judgment in this case.

SO ORDERED.

SIGNED this __13th__ day of __December__, 2022 in El Paso, Texas.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

APPROVED, AGREED TO, & ENTRY REQUESTED:

DATED: 12/8/22  BY: _____
JOE HAND PROMOTIONS, INC.
By: Joseph P. Hand, III, President

DATED:  BY: _____
SHARKDOGS, LLC
By: Tommy Najar Member
Duly authorized to bind company

DATED:  BY: _____
TOMMY A. NAJAR
Individually

DATED:  BY: _____
DUSTAN NAJAR
Individually